IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HERIBERTO CASTILLO, individually and on behalf of all others similarly situated**<br><br>**Plaintiff,**<br><br>v.<br><br>**ILLINOIS GASTROENTEROLOGY GROUP, P.L.L.C.,**<br><br>**Defendant.** | No. 1:22-cv-02953<br><br>Honorable Robert W. Gettleman<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Heriberto Castillo, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Illinois Gastroenterology Group, P.L.L.C., without prejudice.

Dated: February 23, 2023

                                                       Respectfully submitted,

                                                       *s/ Gary M. Klinger*
                                                       Gary M. Klinger
                                                       **MILBERG COLEMAN BRYSON**
                                                       **PHILLIPS GROSSMAN, PLLC**
                                                       227 W. Monroe Street, Suite 2100
                                                       Chicago, IL 60606
                                                       Telephone: 866-252-0878
                                                       gklinger@milberg.com

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 23, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

              *s/ Gary M. Klinger*
              Gary M. Klinger
              **MILBERG COLEMAN BRYSON**
              **PHILLIPS GROSSMAN, PLLC**
              227 W. Monroe Street, Suite 2100
              Chicago, IL 60606
              Telephone: 866-252-0878
              gklinger@milberg.com